# EXHIBIT E

# Roberts, Andrea

| | |
|---|---|
| **From:** | Elizabeth Apostola <ea@zemellawllc.com> |
| **Sent:** | Tuesday, December 15, 2020 4:45 PM |
| **To:** | Daniel Zemel |
| **Cc:** | Roberts, Andrea |
| **Subject:** | Re: Gross v. PNMAC et al. |

Andrea,

We just wanted to advise you that as we will be removing PNMAC as a party and revising our claims, we will not be providing responses to the propounded discovery from PNMAC, as any responses would be irrelevant at this time.

On Tue, Dec 15, 2020 at 1:01 PM Daniel Zemel <dz@zemellawllc.com> wrote:
> All,
>
> I'm going to be amending the complaint. I've switched out PNMAC for PLS and then otherwise added new claims against TU. Please advise if I've got your consent to file.
>
>
>
> --
> Daniel Zemel, Esq.
>
> **ZEMEL LAW, LLC**
> 660 Broadway
> Patterson, NJ 07514
> T: (862) 227-3106
> F: (973) 282-8603
> DZ@zemellawllc.com
>
> ============================================================
> *This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law.  If you are not the addressee or it appears you have received this email in error, kindly notify the sender immediately.  Please ignore this communication and delete it along with any attachments immediately.  The reproduction, dissemination, or distribution of this communication is prohibited.  Thank you for your courtesies in this matter.*
>
> *Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind.  Please consult a tax law or accounting expert on issues concerning same.*
>
> *This email may contain a request to obtain personal and confidential information including dates of birth, medical records, and/or social security numbers. In sending documents with this kind of personal information, please do not send these documents to me using regular email correspondence. This type of information should be sent by fax transmission or by encrypted email.*

--
Thank you,

Elizabeth Apostola, Esq.

1

**ZEMEL LAW, LLC**
660 Broadway
Patterson, NJ 07514
T: (862) 227-3106 Ext. 2
F: (973) 282-8603
EA@zemellawllc.com

===============================================================

*This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law.  If you are not the addressee or it appears you  have received this email in error, kindly notify the sender immediately.  Please ignore this communication and delete it along with any attachments immediately.  The reproduction, dissemination, or distribution of this communication is prohibited.  Thank you for your courtesies in this matter.*

*Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind.  Please consult a tax law or accounting expert on issues concerning same.*